UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY HOWARD, | ) | Case No. 4:05 CV 1114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| LT. BRENT TAGGART, et al., | ) | |
| | ) | Magistrate Judge James S. Gallas |
| Defendants. | ) | |

For the reasons set out in the memorandum opinion, the defendants' motion for summary judgment is granted with judgment entered for the defendants. This matter is concluded in accordance with Fed. R. Civ. P. 58 and is appealable.

IT IS SO ORDERED.

                                                                                       s/James S. Gallas
                                                                  United States Magistrate Judge

Dated: September 27, 2007